In re Guy E. HORNE, Jr., and James P. Barry.

No. 2012–1389.

United States Court of Appeals, Federal Circuit.

March 11, 2013.

Benjamin C. White, St. Onge Steward Johnston & Reens, LLC, of Stamford, CT, argued for appellants. With him on the brief were Wesley W. Whitmyer, Jr. and Todd M. Oberdick.

Michael S. Forman, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office of Alexandria, VA, argued for appellee. With him on the brief were Raymond T. Chen, Solicitor, and Farheena Y. Rasheed, Associate Solicitor. Of counsel was Kristi L.R. Sawert, Associate Solicitor.

RADER, Chief Judge, SCHALL, and PROST, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**